L. Paul Mankin, IV (SBN 264038)
Law Offices of L. Paul Mankin, IV
8730 Wilshire Blvd, Suite 310
Beverly Hills, CA 90211
Phone: 800-219-3577
Fax: 866-633-0228
*Admission to USDC SDCA pending*

Todd M. Friedman (216752)
tfriedman@attorneysforconsumers.com
Nicholas J. Bontrager (252114)
nbontrager@attorneysforconsumers.com
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877-206-4741
Fax: 866-633-0228
Attorneys for Plaintiff

Lisa Gilford (State Bar No. 171641)
Christine J. Roberts (State Bar No. 265396)
**ALSTON & BIRD LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone:   (213) 576-1000
Facsimile:   (213) 576-1100
Email:        lisa.gilford@alston.com

Kristine McAlister Brown (*pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone:   (404) 881-7000
Facsimile:   (404) 881-7777
Email:        kristy.brown@alston.com
Attorney for Defendant
**T-MOBILE USA, INC.**

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAYAN ABOUDI, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE USA, INC. and DOES 1-10, inclusive, and each of them, <br><br> Defendants. | Case No. 3:12-cv-02169-BTM-NLS <br><br> **JOINT STIPULATION TO CONTINUE TIME FOR FILING MOTION FOR CLASS CERTIFICATION** |

TO THE COURT, ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff, Sayan Aboudi, on behalf of himself and all others similarly situated ("Plaintiff") and Defendant, T-Mobile USA, Inc. file this Joint Stipulation to Continue Time for Filing Plaintiff's Motion for Class Certification.

The parties hereby stipulate, by and through their attorneys of record, to the following:

1. WHEREAS, on December 14, 2012, Plaintiff filed his First Amended Class Action Complaint alleging that Defendant engaged in conduct violative of the Telephone Consumer Protection Act ("TCPA");

2.      WHEREAS, on December 27, 2012, Defendant filed its Answer to Plaintiff's First Amended Complaint denying Plaintiff's allegations and asserting various affirmative defenses;

3.      WHEREAS on January 18, 2013, the parties and this Honorable Court conducted a Case Management Conference which resulted in the scheduling of certain dates and deadlines, including a July 12, 2013 deadline for Plaintiff to file his Motion for Class Certification;

4.      WHEREAS, from December of 2012 through May of 2013, the parties engaged in both formal and informal discovery to aid the parties in their discussions of possible resolution of the dispute;

5.      WHEREAS, on May 16, 2013, the parties through counsel, appeared before Hon. Herbert E. Hoffman, Ret. at Judicate West in San Diego, California to participate in a multi-day mediation;

6.      WHEREAS, on May 17, 2013, after extensive negotiations, the parties reached an agreement in principle to settle the instant matter on a class-wide basis;

7.      WHEREAS, since May 17, 2013, the parties have been diligently working toward finalizing the terms of the proposed class-wide settlement, including the preparation of the settlement agreement, the discussion and exchange of information/documents for the purpose of limited confirmatory discovery,

discussions regarding settlement administrators and notice requirements for class members, etc.;

8. WHEREAS Plaintiff's Motion for Class Certification is still currently due filed by July 12, 2013,

9. WHEREAS, no prior extensions have been requested of the Court;

10. WHEREAS, this Stipulation is made in good faith and not for purposes of delay;

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of record, that:

1. The parties request to extend the time for Plaintiff to file his Motion for Class Certification by one-hundred and twenty (120) days as the parties believe that such an extension of time will allow adequate time to complete all settlement activities, including confirmatory discovery, and submit a motion for preliminary approval of the settlement to the Court.  As such, and in the alternative, the parties do not object to this Honorable Court converting the extended deadline for filing a Motion for Class Certification to a deadline to file a Motion for Preliminary Approval of Class Settlement.

SO STIPULATED.

DATED: July 2, 2013          The Law Offices of Todd M. Friedman, P.C.

                             s/ Todd M. Friedman_____
                             Todd M. Friedman, Esq.
                             Attorney for Plaintiff, Sayan Aboudi

DATED: July 2, 2013     LISA GILFORD
                        CHRISTINE J. ROBERTS
                        **ALSTON & BIRD LLP**


                        By: s/ Lisa Gilford
                        Attorney for Defendant T-Mobile USA, Inc.
                        Email: lisa.gilford@alston.com


SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Polices and Procedures Manual, I hereby certify that the content of this document is acceptable to Lisa Gilford, Esq., counsel for Defendant, and that I have obtained Ms. Gilford's authorization to affix her electronic signature to this document.

Dated: July 2, 2013          Respectfully submitted,

                             Law Offices of Todd M. Friedman, P.C.

                             By: s/Todd M. Friedman
                                Todd M. Friedman, Esq.
                                Attorney for Plaintiff

# PROOF OF SERVICE

I, Todd M. Friedman, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 369 S. Doheny Dr., Ste. 415, Beverly Hills, CA 90211.  On April 10, 2013, I served the following documents: **JOINT STIPULATION TO CONTINUE TIME FOR FILING CLASS CERTIFICATION MOTION**

On the parties listed below:

LISA GILFORD
CHRISTINE J. ROBERTS
Attorneys for Defendant

By the following means of service:

[X]   **BY ELECTRONIC CASE FILING:** I filed the submitted the document listed above via the court's Electronic Case Filing (ECF) system which provides electronic mail (email) service of the listed document directly to the party listed above to his/her "email address of record."

[X]   **STATE:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on July 2, 2013, at Beverly Hills, California.

By: /s/ Todd M. Friedman
Todd M. Friedman