UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAYAN ABOUDI, on behalf of himself and all other similarly situated,<br><br>    Plaintiff,<br>v.<br><br>T-MOBILE USA, INC. and DOES 1-10, inclusive, and each of them,<br><br>    Defendants. | Civil No. 12-2169 BTM (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE TIME FOR FILING MOTION FOR CLASS CERTIFICATION**<br><br>**[Doc. No. 24]** |

For good cause shown in the joint motion, the court **GRANTS** the parties' request for extension of time to file a motion for class certification, or in the alternative, a motion for preliminary approval of the class settlement. Either motion shall be filed by **November 8, 2013**.

**IT IS SO ORDERED.**

DATED: July 3, 2013

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge
United States District Court