L. Paul Mankin, IV (SBN 264038)
Law Offices of L. Paul Mankin, IV
8730 Wilshire Blvd, Suite 310
Beverly Hills, CA 90211
Phone: 800-219-3577
Fax: 866-633-0228
*Admission to USDC SDCA pending*

Todd M. Friedman (216752)
tfriedman@attorneysforconsumers.com
Nicholas J. Bontrager (252114)
nbontrager@attorneysforconsumers.com
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877-206-4741
Fax: 866-633-0228
Attorneys for Plaintiff

Deborah Y. Jones (State Bar No. 178127)
Christine J. Roberts (State Bar No. 265396)
**ALSTON & BIRD LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone:   (213) 576-1000
Facsimile:   (213) 576-1100
Email:       lisa.gilford@alston.com

Kristine McAlister Brown (*pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone:   (404) 881-7000
Facsimile:   (404) 881-7777
Email:       kristy.brown@alston.com
Attorney for Defendant
**T-MOBILE USA, INC.**

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAYAN ABOUDI, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE USA, INC. and DOES 1-10, inclusive, and each of them, <br><br> Defendants. <br> _____ | Case No. 3:12-cv-02169-BTM-NLS <br><br> **JOINT STIPULATION TO CONTINUE TIME FOR FILING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br><br><br> _____ |

TO THE COURT, ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff, Sayan Aboudi, on behalf of himself and all others similarly situated ("Plaintiff") and Defendant, T-Mobile USA, Inc. file this Joint Stipulation to Continue Time for Filing Plaintiff's Motion for Class Certification.

The parties hereby stipulate, by and through their attorneys of record, to the following:

1.    On December 14, 2012, Plaintiff filed his First Amended Class Action Complaint alleging that Defendant engaged in conduct that violates the Telephone Consumer Protection Act ("TCPA").

2.      On December 27, 2012, Defendant filed its Answer to Plaintiff's First Amended Complaint, denying Plaintiff's allegations and asserting various affirmative defenses.

3.      On January 18, 2013, the parties and this Court conducted a Case Management Conference.  That conference resulted in the entry of a scheduling order that included a July 12, 2013 deadline for Plaintiff to file his Motion for Class Certification.

4.      From December of 2012 through May of 2013, the parties conducted discovery and engaged in discussions to determine whether a settlement of Plaintiff's action might be possible.

5.      On May 16-17, 2013, the parties participated in a mediation before Hon. Herbert E. Hoffman, Ret. at Judicate West in San Diego, California.

6.      On May 17, 2013, the parties reached an agreement in principle to settle this action on a class-wide basis.  To finalize that settlement, the parties agreed to conduct certain confirmatory discovery to estimate the number of individuals who would be members of the proposed settlement class.

7.      Since May 17, 2013, the parties have been diligently conducting the confirmatory discovery described above and working toward finalizing the terms of the proposed class-wide settlement.

8.      On July 3, 2013, this Court issued an order granting Plaintiff until November 8, 2013 to file his motion for preliminary approval of the proposed class action settlement.

9.      The parties have exchanged drafts of the settlement agreement and are continuing to negotiate and finalize that agreement.

10.     Despite diligent efforts, the parties believe that additional time is needed to complete the confirmatory discovery contemplated by the Settlement Agreement.  Accordingly, the parties submit that an extension of the deadline for filing a motion seeking preliminary approval of the proposed class action settlement is required.

11.   Defendant has produced a large volume of electronic dialer records as a part of the confirmatory discovery process, and the parties are continuing to extract and process further electronically stored data for purposes of estimating the number of members of the proposed settlement class.  Both parties have retained experts who are processing and analyzing these dialer records.  Nevertheless, given the volume of the records at issue, additional time is required to complete such processing and analysis. The parties estimate that the parties' experts will complete their analysis in the next sixty (60) days.

12.     The parties are cooperatively working toward scheduling a limited deposition of Defendant's expert for the purposes of confirming the information processed and analyzed.   This deposition cannot take place until the data

processing and analysis set forth above is completed.   Moreover, Defendant's expert will be out of the country and unavailable for deposition from October 12, 2013 through November 16, 2013.   The parties anticipate that Defendant's expert will be deposed during the week of December 2, 2014.

13.    This Stipulation is made in good faith and not for purposes of delay.

For these reasons, the parties, through their respective counsel of record, request that Plaintiff's deadline for filing his Motion for Preliminary Approval of Class Settlement be extended from November 8, 2013 to March 7, 2014.

SO STIPULATED.


DATED:  September 16, 2013          The Law Offices of Todd M. Friedman, P.C.

s/ Todd M. Friedman_____
Todd M. Friedman, Esq.
Attorney for Plaintiff, Sayan Aboudi



DATED:  September 16, 2013          DEBORAH YOON JONES
CHRISTINE J. ROBERTS
**ALSTON & BIRD LLP**



By: s/Deborah Yoon Jones
Attorney for Defendant T-Mobile USA, Inc.
Email: debbie.jones@alston.com

SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Polices and Procedures Manual, I hereby certify that the content of this document is acceptable to Deborah Jones, Esq., counsel for Defendant, and that I have obtained Ms. Jones's authorization to affix her electronic signature to this document.

Dated: September 16, 2013            Respectfully submitted,

Law Offices of Todd M. Friedman, P.C.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Attorney for Plaintiff

**PROOF OF SERVICE**

I, Todd M. Friedman, state the following:

I am employed in Los Angeles, California; I am over the age of 18 and am not a party to this action; my business address is 369 S. Doheny Dr., Ste. 415, Beverly Hills, CA 90211.  On September 16, 2013, I served the following documents:

**JOINT STIPULATION TO CONTINUE TIME FOR FILING CLASS CERTIFICATION MOTION**

On the parties listed below:

DEBORAH Y. JONES
CHRISTINE J. ROBERTS
Attorneys for Defendant

By the following means of service:

[X]   **BY ELECTRONIC CASE FILING:** I filed the submitted the document listed above via the court's Electronic Case Filing (ECF) system which provides electronic mail (email) service of the listed document directly to the party listed above to his/her "email address of record."

[X]   **STATE:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on September 16, 2013, at Beverly Hills, California.

By: /s/ Todd M. Friedman
                  Todd M. Friedman