# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAYAN ABOUDI, on behalf of himself and all others similarly situated, | Case No. 3:12-cv-02169-BTM-NLS |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO CONTINUE TIME FOR FILING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| v. | |
| T-MOBILE USA, INC. and DOES 1-10, inclusive, and each of them, | **[Doc. No. 27]** |
| Defendants. | |

Pursuant to the Stipulation of the parties dated September 16, 2013, and for good cause show, **IT IS HEREBY ORDERED**:

1. The deadline for Plaintiff's deadline for filing his Motion for Preliminary Approval of Class Settlement is extended from November 8, 2013 to **March 7, 2014**.

2. No further continuances will be granted absent a showing of extraordinary circumstances.

**IT IS SO ORDERED.**

**Dated:** September 17, 2013

_____
Honorable Nita L. Stormes
United States Magistrate Judge