# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAYAN ABOUDI, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,** | Case No. 3:12-cv-02169-BTM-NLS |
| | **CLASS ACTION** |
| Plaintiff, | |
| vs. | **ORDER GRANTING WITHDRAWAL OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITHOUT PREJUDICE** |
| **T-MOBILE USA, INC., et seq.,** | |
| Defendant. | |

On June 17, 2014, the Court held a hearing on the pending Motion for Preliminary Approval of Class Action Settlement (Doc. 29).  At the hearing, the Court expressed concerns about the adequacy of the settlement and the application of *cy près*.  Counsel requested leave to withdraw the motion.

For the reasons stated at the hearing, and upon notice by Plaintiff (Doc. 35)**,** the Motion for Preliminary Approval of Class Action Settlement is hereby deemed withdrawn *without prejudice*.  The parties may file a renewed motion at an appropriate time.

**IT IS SO ORDERED.**

Date: June 18, 2014

_____
Barry Ted Moskowitz
Chief United States District Court Judge