1 | **THE LAW OFFICES OF TODD M. FRIEDMAN P.C.**
Todd M. Friedman (SBN 216752)
8730 Wilshire Blvd., Suite 310
Beverly Hills, CA 90211
Telephone (877) 206-4741
Facsimile: (866) 633-0228

[Additional Counsel On Signature page]

Attorneys for Plaintiff and Proposed Settlement Class

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAYAN ABOUDI**, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**T-MOBILE USA, INC. and DOES 1 through 10, inclusive, and each of them,**<br><br>Defendant. | Case No.: 3:12-cv-002169-BTM-NLS<br><br>**NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES, COSTS AND INCENTIVE PAYMENT**<br><br>**Date**: July 27, 2015<br>**Time**: 10:00 a.m.<br>**Place**: Courtroom 15B<br>**Judge**: Hon. Barry Ted Moskowitz<br><br>[Filed concurrently with Declaration of Todd M. Friedman; Declaration of L. Paul Mankin; Declaration of Nick Bontrager; Declaration of Abbas Kazerounian; Joshua B. Swigart and Eric Robin] |

---

MOTION FOR ATTORNEYS' FEES, COSTS AND INCENTIVE PAYMENT
3:12-cv002169-BTM-NLS

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 27, 2015 at 10:00 a.m., before the United States District Court, Southern District of California, Courtroom 15B, 221 West Broadway, San Diego, CA 92101, Plaintiff, Sayan ABoudi ("Plaintiff"), will Move this Court for an Order Granting Approval of Plaintiff's Attorney's Fees, Costs and Incentive Payment.

This motion is based upon this notice, the records and papers on file herein, the attached memorandum of points and authorities, the declarations and exhibits thereto, and on such other evidence as may be presented at the hearing of this Motion.

Date: July 9, 2015          **LAW OFFICES OF TODD M. FRIEDMAN**

                                        By:/s/ Todd M. Friedman
                                        TODD M. FRIEDMAN, ESQ.
                                        ATTORNEY FOR PLAINTIFF

| | |
|---|---|
| 1 | |
| 2 | **HYDE & SWIGART** |
| | Joshua B. Swigart, Esq. (SBN: 225557) |
| 3 | josh@westcoastlitigation.com |
| | 2221 Camino Del Rio South, Suite 101 |
| 4 | San Diego, CA 92108 |
| 5 | Telephone: (619) 233-7770 |
| | Facsimile: (619) 297-1022 |
| 6 | *Attorneys for Plaintiff* |
| 7 | |
| 8 | **The Law Office of L. Paul Mankin** |
| | L. Paul Mankin, Esq. (SBN: 264038) |
| 9 | pmankin@paulmankin.com |
| | 8730 Wilshire Blvd. |
| 10 | Suite 310 |
| 11 | Beverly Hills, CA 90211 |
| 12 | Telephone: (800) 219-3577 |
| | Facsimile: (323) 207-3885 |
| 13 | *Attorneys for Plaintiff* |
| 14 | |
| 15 | **KAZEROUNI LAW GROUP, APC** |
| | Abbas Kazerounian, Esq. (SBN: 249203) |
| 16 | ak@kazlg.com |
| 17 | 245 Fischer Avenue, Unit D1 |
| | Costa Mesa, CA 92626 |
| 18 | Telephone: (800) 400-6808 |
| | Facsimile: (800) 520-5523 |
| 19 | |
| 20 | |
| 21 | **Martin and Bontrager, APC** |
| | Nicholas J. Bontrager, Esq. |
| 22 | 6464 W. Sunset Blvd., Suite 960 |
| 23 | Los Angeles, CA 90028 |
| | Telephone: (323)-940-1700 |
| 24 | Facsimile: (323)-238-8095 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

MOTION FOR ATTORNEYS' FEES, COSTS AND INCENTIVE PAYMENT
**3:12-cv002169-BTM-NLS**